UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAQUIL-LAVET ROBINSON,

    Plaintiff,

v.                          Case No.  5:23-cv-290-TKW-MJF

SHONNA YOUNG GAY,

    Defendant.

_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6) and Plaintiff's objections (Doc. 7).  The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).  Based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a claim upon which relief can be granted.

Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED with prejudice** under 28 U.S.C. §§1915(e)(2) and 1915A for failure to state a claim upon which relief can be granted.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 5th day of January, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**